**Motion Granted; Order filed March 17, 2016**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-01060-CR

————————

**DERRICK DEWAYNE HENNIGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1426902**

---

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant filed a motion for access to the record and to file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 182nd District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **April 1, 2016;** that the

clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM